

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-19-00892-CV

**IN THE INTEREST OF L.M.R.**, a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02001
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file a brief is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court